LUTHER PAGE, Appellant, *v.* FRANCIS CLOUGH, Respondent.

(Submitted April 17, 1872; decided April 23, 1872.)

*McDowell & Edwards* for the appellant.

*Chapman & Martin* for the respondent.

Agree to affirm.　No opinion.　PECKHAM, J., not voting.
Judgment affirmed, with costs.

---

HENRY S. BURGER et al., Respondents, *v.* CHARLES DEVLIN,
Appellant.

(Argued April 11, 1872; decided April 23, 1872.)

*D. C. Colvin* for the appellant.

*H. Sheldon* for the respondents.

DECIDED upon the facts in the case.
ALLEN, J., reads for affirmance.
All concur.
Judgment affirmed.